IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID JOSE TURNER, | ) | 8:09CV351 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Petition for Rehearing, which the court liberally construes as a Motion to Reconsider. (Filing No. 20.) Petitioner seeks reconsideration of this court's June 9, 2010, Memorandum and Order, in which the court dismissed Petitioner's Petition for Writ of Habeas Corpus (filing no. 1) with prejudice. (Filing Nos. 18 and 19.) The court has carefully reviewed Petitioner's Motion and finds no good cause for reconsideration of any portion of its June 9, 2010, Memorandum and Order.

IT IS THEREFORE ORDERED that: Petitioner's Petition for Rehearing (filing no. 20) is denied.

July 29, 2010.                     BY THE COURT:

                                   *Richard G. Kopf*

United States District Judge

_____

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.